981 So.2d 1275 (2008)
Denis R. RAMOS, Appellant,
v.
The State of FLORIDA, Appellee.
No. 3D08-211.
District Court of Appeal of Florida, Third District.
May 21, 2008.
Rehearing Denied June 11, 2008.
Denis R. Ramos, in proper person.
Bill McCollum, Attorney General, for appellee.
Before GERSTEN, C.J., and RAMIREZ, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).